FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR-22-1399-PHX-JJT (JZB)

| United States of America, | No. |
| | |
| Plaintiff, | **INDICTMENT** |
| | |
| vs. | VIO:   18 U.S.C. § 924(a)(1)(A) |
| | (False Statement During the Purchase |
| | of a Firearm) |
| Roger Dale Rice, III, | Counts 1-21 |
| | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNTS 1-21**

On or about the dates below, in the District of Arizona, Defendant ROGER DALE RICE, III knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ROGER DALE RICE, III did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address:

| Count | Date | Business Name |
|---|---|---|
| 1. | August 1, 2020 | Aztec Pawn and Gold (Phoenix, Arizona) |
| 2. | October 14, 2020 | AZ Jewelry & Pawnbrokers (Phoenix, Arizona) |
| 3. | December 30, 2020 | AZ Jewelry & Pawnbrokers (Phoenix, Arizona) |
| 4. | December 19, 2021 | Mo Money Pawn (Phoenix, Arizona) |
| 5. | January 15, 2022 | G2 Tactical (Mesa, Arizona) |
| 6. | January 16, 2022 | Mo Money Pawn (Phoenix, Arizona) |
| 7. | February 9, 2022 | Lone Wolf Trading Company (Glendale, Arizona) |
| 8. | February 14, 2022 | Mo Money Pawn (Phoenix, Arizona) |
| 9. | February 18, 2022 | Lone Wolf Trading Company (Glendale, Arizona) |
| 10. | February 18, 2022 | Randall's Firearms & Accessories (Glendale, Arizona) |
| 11. | February 21, 2022 | Mo Money Pawn (Phoenix, Arizona) |
| 12. | February 24, 2022 | Tripwire Tactical (Phoenix, Arizona) |
| 13. | February 28, 2022 | KME Firearms (San Tan Valley, Arizona) |
| 14. | March 2, 2022 | Randall's Firearms & Accessories (Glendale, Arizona) |
| 15. | March 7, 2022 | Ammo A-Z (Phoenix, Arizona) |
| 16. | March 21, 2022 | Mo Money Pawn (Phoenix, Arizona) |
| 17. | March 23, 2022 | Mo Money Pawn (Phoenix, Arizona) |
| 18. | March 23, 2022 | Lone Wolf Trading Company (Glendale, Arizona) |
| 19. | March 25, 2022 | G2 Tactical (Mesa, Arizona) |
| 20. | March 25, 2022 | RLT Firearms (Queen Creek, Arizona) |
| 21. | May 1, 2022 | Tombstone Tactical (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  October 25, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 3 -